MOLLY T. EGAN, Appellant, v. THOMAS J. EGAN, Respondent. (Appeal No. 1.)

* Revd., 264 N. Y. 205.

— Order in so far as it denies plaintiff's motion to strike out the first separate defense in the answer reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Randolph* v. *Field* (165 App. Div. 279). Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.